
FILED
OCT 12 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATELYN RAYNE SILVESAN,<br><br>Defendant. | CR 17-79-BLG-SPW<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL |

Upon the United States' Unopposed Motion for Leave to File Exhibit Under Seal (Doc. 17), and for good cause being shown,

IT IS HEREBY ORDERED that the motion is **GRANTED.** The United States' Exhibit 1 attached to the United States Motion to Dismiss Indictment (Doc. 16) is filed under seal.

DATED this 12th day of October, 2017.

SUSAN P. WATTERS
United States District Judge

1