

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-79-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
| KATELYN RAYNE SILVESAN, | |
| Defendant. | |

Upon the Unopposed Motion to Dismiss Indictment Without Prejudice in Accordance with Pretrial Diversion Agreement (Doc. 16) of Colin M. Rubich, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the indictment against Katelyn Rayne Silvesan is **DISMISSED without prejudice** in accordance with the pretrial diversion the defendant signed on October 5, 2017.

1

IT IS FURTHER ORDERED that the trial scheduled for October 30, 2017 and all associated deadlines are **VACATED**.

DATED this 12th day of October, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge